**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 20-cv-24093-KMM/LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAVEL LUIS HERNANDEZ MERINO,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** was referred to the undersigned by the Honorable K. Michael Moore, United States District Judge, to take all necessary and proper action as required by law and/or to submit a Report and Recommendation in this matter with respect to a compliance hearing at which Defendant must demonstrate that he has complied with the Court's Judgment (ECF No. 18). A compliance hearing was conducted on October 28, 2021. Defendant was present at the hearing and demonstrated that he fully complied with the Court's Judgment, to include proof that he surrendered to the United States Attorney General's representative his original Certificate of Naturalization and had previously surrendered his U.S. Passport. Counsel for the Government appeared, confirmed that Defendant had surrendered the passport, and received the Certificate of Naturalization in open Court. Counsel for the Government agreed that Defendant had fully complied with the Judgment, and no further proceedings in this matter are required.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28th day of October, 2021.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE